Rachael Jeanfreau
SBN 320139
BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLTHEORY TECHNOLOGIES, INC.<br><br>     Plaintiff,<br><br>     vs.<br><br>THE WELL THEORY, LLC<br><br>     Defendant | Case No.: 4:22-cv-04031<br><br>**Stipulated Request and Order to Reschedule Initial Case Management Conference and Extension of Time to Respond to Complaint \*\*AS MODIFIED\*\*** |

### Stipulated Request to Reschedule Case Management Conference and Extension of Time to Respond

WHEREAS, Plaintiff, WellTheory Technologies, Inc., filed its Complaint in this matter on July 8, 2022 and service was waived by Defendant, The Well Theory, L.L.C. on August 26, 2022;

WHEREAS, pursuant to Fed. R. Civ. P. 12, Defendant, The Well Theory, L.L.C., currently has until Tuesday, September 27, 2022 to respond to Plaintiff's Complaint;

WHEREAS, Defendant, The Well Theory, L.L.C., has requested and Plaintiff, WellTheory Technologies, Inc., is willing to grant Defendant, The Well Theory, L.L.C., an additional 30 days to respond to the Complaint to allow the parties sufficient time to determine whether a settlement can be reached prior to further litigation;

WHEREAS, Northern District of California Local Rule 6-1(a) permits the "[pa]rties [to] stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint…provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, a Case Management Conference is currently scheduled for November 2, 2022;

WHEREAS, Defendant's response to the Complaint will not be due until October 27, 2022, six days before the currently scheduled Case Management Conference;

WHEREAS, in the interest of preserving Court resources, Defendant, The Well Theory, L.L.C. respectfully requests a continuance of the Case Management Conference until at least thirty (30) days after October 27, 2022 or to such other date as is available on the Court's calendar;

WHEREAS, the parties are unaware of any current Court deadlines that will be affected by the parties' stipulation;

**NOW, THEREFORE**, Plaintiff, WellTheory Technologies, Inc., and Defendant, The Well Theory, L.L.C., hereby stipulate as follows:

(1)    Defendant's deadline to respond to the Complaint shall be extended by 30 days to October 27, 2022;

(2)    ~~the Case Management Conference should be rescheduled until at least thirty (30) days after October 27, 2022 or to such other date as is available on the Court's calendar.~~

(3)    the Case Management Conference scheduled for November 2, 2022 is vacated;

(4)    the Initial Case Management Conference is rescheduled for December 7, 2022 at 1:30 pm in Oakland, - Videoconference only;

(5)    the parties' joint Case Management Conference statement is due by November 30, 2022.

2393996.v1

Dated:   September 26, 2022

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*/s/ Rachael Jeanfreau*

Rachael Jeanfreau (California Bar No. 320139)
Scott N. Hensgens (Louisiana Bar No. 25091)

*Counsel for Defendant*

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ Rachael Jeanfreau*
        Rachael Jeanfreau

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated:   September 27, 2022

Donna M. Ryu
United States Magistrate Judge