Stuart J. West
SBN 202041
West & Associates, A PC
3050 Citrus Circle, Ste. 207
Walnut Creek, CA  94598
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WellTheory Technologies, Inc., | Case No.: 22-cv-04031-JD |
| Plaintiff, | |
| vs. | **Notice of Conditional Settlement** |
| The Well Theory, LLC , | |
| Defendant and | |
| DOES 1-100 | |

## Notice of Conditional Settlement

The parties, by and through their respective counsel, have reached substantial settlement in the above-captioned matter and are in the process of drafting a formal settlement agreement.  Therefore, in the interest of preserving Court resources, Plaintiff and Defendant, by and through their undersigned counsel, request suspension of all deadlines, including Defendant's deadline to respond to the Complaint currently due November 7, 2022.

The parties will diligently seek to execute a formal settlement agreement and file a dismissal by December 7, 2022.  If the parties do not have an executed settlement agreement by December 7, 2022, the parties will provide the Court with an update no later than December 7, 2022.

Dated:   November 4, 2022            Respectfully submitted,

West & Associates, A PC

**/s/ Stuart J. West**
Stuart J. West, SBN 202041
3050 Citrus Circle, Ste. 207
Walnut Creek, CA 94598
925-262-2220
court@westpatentlaw.com
Attorney for Plaintiff


Breazeale, Sachse & Wilson, L.L.P.

***/s/ Rachael Jeanfreau***
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, LA  70821-3197
Attorney for Defendant

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatory.

By:     */s/ Stuart J. West*
         Stuart J. West